AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.A.

v.

Francis Manuel Pena

APPEARANCE

CASE NUMBER: 1:06 M 86-M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Francis Manuel Pena

I certify that I am admitted to practice in this court.

9-13-06
*Date*

[signature]
*Signature*

JOHN M CICILLINE — 3350
*Print Name* — *Bar Number*

381 ATWELLS AVE
*Address*

PROV. R.I. 02909
*City* *State* *Zip Code*

401-273-5600
*Phone Number* *Fax Number*

This f was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.