456924

RECEIVED

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

AUG 3 0 2006

District of RHODE ISLAND

US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA
V.
FRANCIS MANUEL PENA

## WARRANT FOR ARREST

Case Number: 1:06M86M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FRANCIS MANUEL PENA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

illegal re-entry after having been previously deported from the United States

in violation of Title 8 United States Code, Section(s) 1326(b)(2)

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

8-30-06 Providence, Rhode Island
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Attleboro, MA by ICE | | |
| DATE RECEIVED 08/30/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 09/13/2006 | | |